1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-09144 SVW (FFMx) |
| Plaintiff, | |
| v. | CONSENT DECREE AND PERMANENT INJUNCTION |
| Phillip Edmond Shafer, an individual and d/b/a Amazon.com Seller buckeyecoins and Does 1-10, inclusive, | **NOTE: COURT MODIFICATIONS** |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Phillip Edmond Shafer, an individual and d/b/a Amazon.com Seller buckeyecoins ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of

any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) ~~This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.~~

DATED: December 27, 2012

_____
Hon. Stephen V. Wilson
United States District Judge

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Copyright Reg. No. | TITLE | Copyright Claimant |
|---|---|---|
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | Warner Bros. Entertainment Inc. |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | Warner Bros. Entertainment Inc. |
| PA 1-805-629 | THE CLOSER: The Last Word | Warner Bros. Entertainment Inc. |
| PA 1-697-280 | ENTOURAGE: Stunted | Home Box Office, Inc. |
| PA 1-697-285 | ENTOURAGE: Buzzed | Home Box Office, Inc. |
| PA 1-704-328 | ENTOURAGE: Dramedy | Home Box Office, Inc. |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | Home Box Office, Inc. |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | Home Box Office, Inc. |
| PA 1-706-302 | ENTOURAGE: Hair | Home Box Office, Inc. |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | Home Box Office, Inc. |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | Home Box Office, Inc. |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | Home Box Office, Inc. |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | Home Box Office, Inc. |
| PA 1-751-680 | ENTOURAGE: Home Sweet Home | Home Box Office, Inc. |
| PA 1-751-679 | ENTOURAGE: Out With A Bang | Home Box Office, Inc. |
| PA 1-759-114 | ENTOURAGE: One Last Shot | Home Box Office, Inc. |
| PA 1-759-119 | ENTOURAGE: Whiz Kid | Home Box Office, Inc. |
| PA 1-759-118 | ENTOURAGE: Motherf*cker | Home Box Office, Inc. |
| PA 1-764-686 | ENTOURAGE: The Big Bang | Home Box Office, Inc. |
| PA 1-765-845 | ENTOURAGE: Second To Last | Home Box Office, Inc. |
| PA 1-765-833 | ENTOURAGE: The End | Home Box Office, Inc. |
| PA 1-805-639 | FRINGE: Neither Here Nor There | Warner Bros. Entertainment Inc. |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | Warner Bros. Entertainment Inc. |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | Home Box Office, Inc. |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | Home Box Office, Inc. |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | Home Box Office, Inc. |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | Home Box Office, Inc. |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | Home Box Office, Inc. |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | Home Box Office, Inc. |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | Home Box Office, Inc. |
| PA 1-739-318 | GAME OF THRONES: Baelor | Home Box Office, Inc. |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | Home Box Office, Inc. |
| PA 1-709-033 | HUNG: Just The Tip | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-709-034 | HUNG: Tucson Is The Gateway To Dick Or This Is Not Sexy | Home Box Office, Inc. |
| PA 1-709-030 | HUNG: Mind Bullets Or Bang Bang Bang Motherfucker | Home Box Office, Inc. |
| PA 1-699-183 | HUNG: Sing It Again, Ray Or Home Plate | Home Box Office, Inc. |
| PA 1-699-187 | HUNG: A Man, A Plan Or Thank You, Jimmy Carter | Home Box Office, Inc. |
| PA 1-699-180 | HUNG: Beaverland | Home Box Office, Inc. |
| PA 1-706-298 | HUNG: The Middle East Is Complicated | Home Box Office, Inc. |
| PA 1-706-294 | HUNG: Third Base Or That Rash | Home Box Office, Inc. |
| PA 1-706-293 | HUNG: Fat Off My Love Or I'm The Allergen | Home Box Office, Inc. |
| PA 1-709-045 | HUNG: Even Steven Or Luckiest Kid In Detroit | Home Box Office, Inc. |
| PA 1-715-767 | IN TREATMENT: Sunil: Week One | Home Box Office, Inc. |
| PA 1-715-761 | IN TREATMENT: Frances: Week One | Home Box Office, Inc. |
| PA 1-715-759 | IN TREATMENT: Jesse: Week One | Home Box Office, Inc. |
| PA 1-715-760 | IN TREATMENT: Adele: Week One | Home Box Office, Inc. |
| PA 1-715-057 | IN TREATMENT: Sunil: Week Two | Home Box Office, Inc. |
| PA 1-715-051 | IN TREATMENT: Frances: Week Two | Home Box Office, Inc. |
| PA 1-715-056 | IN TREATMENT: Jesse: Week Two | Home Box Office, Inc. |
| PA 1-715-045 | IN TREATMENT: Adele: Week Two | Home Box Office, Inc. |
| PA 1-718-839 | IN TREATMENT: Sunil: Week Three | Home Box Office, Inc. |
| PA 1-718-838 | IN TREATMENT: Frances: Week Three | Home Box Office, Inc. |
| PA 1-718-847 | IN TREATMENT: Jesse: Week Three | Home Box Office, Inc. |
| PA 1-718-845 | IN TREATMENT: Adele: Week Three | Home Box Office, Inc. |
| PA 1-718-841 | IN TREATMENT: Sunil: Week Four | Home Box Office, Inc. |
| PA 1-719-472 | IN TREATMENT: Frances: Week Four | Home Box Office, Inc. |
| PA 1-719-471 | IN TREATMENT: Jesse: Week Four | Home Box Office, Inc. |
| PA 1-719-474 | IN TREATMENT: Adele: Week Four | Home Box Office, Inc. |
| PA 1-719-468 | IN TREATMENT: Sunil: Week Five | Home Box Office, Inc. |
| PA 1-719-470 | IN TREATMENT: Frances: Week Five | Home Box Office, Inc. |
| PA 1-719-469 | IN TREATMENT: Jesse: Week Five | Home Box Office, Inc. |
| PA 1-805-663 | IN TREATMENT: Adele: Week Five | Home Box Office, Inc. |
| PA 1-719-724 | IN TREATMENT: Sunil: Week Six | Home Box Office, Inc. |
| PA 1-719-725 | IN TREATMENT: Frances: Week Six | Home Box Office, Inc. |
| PA 1-719-847 | IN TREATMENT: Jesse: Week Six | Home Box Office, Inc. |
| PA 1-719-723 | IN TREATMENT: Adele: Week Six | Home Box Office, Inc. |
| PA 1-721-379 | IN TREATMENT: Sunil: Week Seven | Home Box Office, Inc. |
| PA 1-721-381 | IN TREATMENT: Frances: Week Seven | Home Box Office, Inc. |
| PA 1-721-380 | IN TREATMENT: Jesse: Week Seven | Home Box Office, Inc. |
| PA 1-721-382 | IN TREATMENT: Adele: Week Seven | Home Box Office, Inc. |
| PA 1-805-507 | THE MENTALIST: Scarlet Ribbons | Warner Bros. Entertainment Inc. |
| PA 1-805-644 | THE MENTALIST: The Crimson Hat | Warner Bros. Entertainment Inc. |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | Warner Bros. Entertainment Inc. |

| | | | |
|---|---|---|---|
| 1 | PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | Warner Bros. Entertainment Inc. |
| 2 | PA 1-798-613 | ONE TREE HILL: The Space In Between | Warner Bros. Entertainment Inc. |
| 3 | PA 1-798-616 | ONE TREE HILL: We All Fall Down | Warner Bros. Entertainment Inc. |
| 4 | PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | Warner Bros. Entertainment Inc. |
| | PA 1-798-649 | ONE TREE HILL: Not Afraid | Warner Bros. Entertainment Inc. |
| 5 | PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | Warner Bros. Entertainment Inc. |
| 6 | PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | Warner Bros. Entertainment Inc. |
| 7 | PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | Warner Bros. Entertainment Inc. |
| | PA 1-798-689 | ONE TREE HILL: Lists, Plans | Warner Bros. Entertainment Inc. |
| 8 | PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | Warner Bros. Entertainment Inc. |
| 9 | PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | Warner Bros. Entertainment Inc. |
| | PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | Warner Bros. Entertainment Inc. |
| 10 | PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | Warner Bros. Entertainment Inc. |
| 11 | PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | Warner Bros. Entertainment Inc. |
| | PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | Warner Bros. Entertainment Inc. |
| 12 | PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | Warner Bros. Entertainment Inc. |
| 13 | PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | Warner Bros. Entertainment Inc. |
| 14 | PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | Warner Bros. Entertainment Inc. |
| | PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | Warner Bros. Entertainment Inc. |
| 15 | | | |
| 16 | PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | Warner Bros. Entertainment Inc. |
| | PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | Warner Bros. Entertainment Inc. |
| 17 | PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | Warner Bros. Entertainment Inc. |
| 18 | PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | Warner Bros. Entertainment Inc. |
| | PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | Warner Bros. Entertainment Inc. |
| 19 | PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | Warner Bros. Entertainment Inc. |
| 20 | PA 1-798-814 | ONE TREE HILL: The Killing Moon | Warner Bros. Entertainment Inc. |
| | PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | Warner Bros. Entertainment Inc. |
| 21 | PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | Warner Bros. Entertainment Inc. |
| 22 | PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | Warner Bros. Entertainment Inc. |
| | PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | Warner Bros. Entertainment Inc. |
| 23 | PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | Warner Bros. Entertainment Inc. |
| 24 | PA 1-798-833 | ONE TREE HILL: Danny Boy | Warner Bros. Entertainment Inc. |
| 25 | PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | Warner Bros. Entertainment Inc. |
| | PA 1-798-847 | ONE TREE HILL: One Tree Hill | Warner Bros. Entertainment Inc. |
| 26 | PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | Warner Bros. Entertainment Inc. |
| 27 | PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | Warner Bros. Entertainment Inc. |
| 28 | PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | Warner Bros. Entertainment Inc. |

| # | | | |
|---|---|---|---|
| 1 | PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | Warner Bros. Entertainment Inc. |
| 2 | PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | Warner Bros. Entertainment Inc. |
| 3 | PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | Warner Bros. Entertainment Inc. |
| 4 | PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | Warner Bros. Entertainment Inc. |
| 5 | PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk Above Me When I'm Gone | Warner Bros. Entertainment Inc. |
| 6 | PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | Warner Bros. Entertainment Inc. |
| 7 | PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | Warner Bros. Entertainment Inc. |
| 8 | PA 1-800-081 | SHAMELESS: Pilot | Warner Bros. Entertainment Inc. |
| 9 | PA-1-800-079 | SHAMELESS: Frank The Plank | Warner Bros. Entertainment Inc. |
| 10 | PA 1-800-078 | SHAMELESS: Aunt Ginger | Warner Bros. Entertainment Inc. |
| 11 | PA-1-800-080 | SHAMELESS: Casey Casden | Warner Bros. Entertainment Inc. |
| 12 | PA 1-800-077 | SHAMELESS: Three Boys | Warner Bros. Entertainment Inc. |
| 13 | PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | Warner Bros. Entertainment Inc. |
| 14 | PA 1-266-673 | SMALLVILLE: Pilot | Warner Bros. Entertainment Inc. |
| 15 | PA 1-266-674 | SMALLVILLE: Metamorphosis | Warner Bros. Entertainment Inc. |
| 16 | PA 1-266-676 | SMALLVILLE: Hothead | Warner Bros. Entertainment Inc. |
| 17 | PA 1-266-677 | SMALLVILLE: X-ray | Warner Bros. Entertainment Inc. |
| 18 | PA 1-266-678 | SMALLVILLE: Cool | Warner Bros. Entertainment Inc. |
| 19 | PA 1-266-679 | SMALLVILLE: Hourglass | Warner Bros. Entertainment Inc. |
| 20 | PA 1-266-681 | SMALLVILLE: Craving | Warner Bros. Entertainment Inc. |
| 21 | PA 1-266-675 | SMALLVILLE: Jitters | Warner Bros. Entertainment Inc. |
| 22 | PA 1-266-680 | SMALLVILLE: Rogue | Warner Bros. Entertainment Inc. |
| 23 | PA 1-266-682 | SMALLVILLE: Shimmer | Warner Bros. Entertainment Inc. |
| 24 | PA 1-266-683 | SMALLVILLE: Hug | Warner Bros. Entertainment Inc. |
| 25 | PA 1-266-684 | SMALLVILLE: Leech | Warner Bros. Entertainment Inc. |
| 26 | PA 1-266-685 | SMALLVILLE: Kinetic | Warner Bros. Entertainment Inc. |
| 27 | PA 1-266-686 | SMALLVILLE: Zero | Warner Bros. Entertainment Inc. |
| 28 | PA 1-266-687 | SMALLVILLE: Nicodemus | Warner Bros. Entertainment Inc. |
| 29 | PA 1-266-688 | SMALLVILLE: Stray | Warner Bros. Entertainment Inc. |
| 30 | PA 1-266-689 | SMALLVILLE: Reaper | Warner Bros. Entertainment Inc. |
| 31 | PA 1-266-690 | SMALLVILLE: Drone | Warner Bros. Entertainment Inc. |
| 32 | PA 1-266-691 | SMALLVILLE: Crush | Warner Bros. Entertainment Inc. |
| 33 | PA 1-266-692 | SMALLVILLE: Obscura | Warner Bros. Entertainment Inc. |
| 34 | PA 1-266-693 | SMALLVILLE: Tempest | Warner Bros. Entertainment Inc. |
| 35 | PA 1-266-651 | SMALLVILLE: Vortex | Warner Bros. Entertainment Inc. |
| 36 | PA 1-266-652 | SMALLVILLE: Heat | Warner Bros. Entertainment Inc. |
| 37 | PA 1-266-653 | SMALLVILLE: Duplicity | Warner Bros. Entertainment Inc. |
| 38 | PA 1-266-654 | SMALLVILLE: Red | Warner Bros. Entertainment Inc. |

| # | Reg. No. | Title | Claimant |
|---|---|---|---|
| 1 | PA 1-266-655 | SMALLVILLE: Nocturne | Warner Bros. Entertainment Inc. |
| 2 | PA 1-266-672 | SMALLVILLE: Redux | Warner Bros. Entertainment Inc. |
| 3 | PA 1-266-656 | SMALLVILLE: Lineage | Warner Bros. Entertainment Inc. |
|   | PA 1-266-657 | SMALLVILLE: Ryan | Warner Bros. Entertainment Inc. |
| 4 | PA 1-266-658 | SMALLVILLE: Dichotic | Warner Bros. Entertainment Inc. |
| 5 | PA 1-266-659 | SMALLVILLE: Skinwalkers | Warner Bros. Entertainment Inc. |
|   | PA 1-266-660 | SMALLVILLE: Visage | Warner Bros. Entertainment Inc. |
| 6 | PA 1-266-662 | SMALLVILLE: Insurgence | Warner Bros. Entertainment Inc. |
| 7 | PA 1-266-661 | SMALLVILLE: Suspect | Warner Bros. Entertainment Inc. |
|   | PA 1-266-663 | SMALLVILLE: Rush | Warner Bros. Entertainment Inc. |
| 8 | PA 1-266-664 | SMALLVILLE: Prodigal | Warner Bros. Entertainment Inc. |
| 9 | PA 1-266-665 | SMALLVILLE: Fever | Warner Bros. Entertainment Inc. |
|   | PA 1-266-666 | SMALLVILLE: Rosetta | Warner Bros. Entertainment Inc. |
| 10 | PA 1-266-667 | SMALLVILLE: Visitor | Warner Bros. Entertainment Inc. |
| 11 | PA 1-315-090 | SMALLVILLE: Precipice | Warner Bros. Entertainment Inc. |
|   | PA 1-266-668 | SMALLVILLE: Witness | Warner Bros. Entertainment Inc. |
| 12 | PA 1-266-669 | SMALLVILLE: Accelerate | Warner Bros. Entertainment Inc. |
| 13 | PA 1-266-670 | SMALLVILLE: Calling | Warner Bros. Entertainment Inc. |
|   | PA 1-266-671 | SMALLVILLE: Exodus | Warner Bros. Entertainment Inc. |
| 14 | PA 1-267-611 | SMALLVILLE: Exile | Warner Bros. Entertainment Inc. |
| 15 | PA 1-267-610 | SMALLVILLE: Phoenix | Warner Bros. Entertainment Inc. |
|   | PA 1-267-613 | SMALLVILLE: Extinction | Warner Bros. Entertainment Inc. |
| 16 | PA 1-267-612 | SMALLVILLE: Slumber | Warner Bros. Entertainment Inc. |
| 17 | PA 1-267-616 | SMALLVILLE: Perry | Warner Bros. Entertainment Inc. |
|   | PA 1-267-615 | SMALLVILLE: Relic | Warner Bros. Entertainment Inc. |
| 18 | PA 1-267-614 | SMALLVILLE: Magnetic | Warner Bros. Entertainment Inc. |
| 19 | PA 1-267-609 | SMALLVILLE: Shattered | Warner Bros. Entertainment Inc. |
|   | PA 1-267-608 | SMALLVILLE: Asylum | Warner Bros. Entertainment Inc. |
| 20 | PA 1-267-607 | SMALLVILLE: Whisper | Warner Bros. Entertainment Inc. |
| 21 | PA 1-267-597 | SMALLVILLE: Delete | Warner Bros. Entertainment Inc. |
|   | PA 1-267-595 | SMALLVILLE: Hereafter | Warner Bros. Entertainment Inc. |
| 22 | PA 1-267-598 | SMALLVILLE: Velocity | Warner Bros. Entertainment Inc. |
| 23 | PA 1-267-596 | SMALLVILLE: Obsession | Warner Bros. Entertainment Inc. |
|   | PA 1-267-599 | SMALLVILLE: Resurrection | Warner Bros. Entertainment Inc. |
| 24 | PA 1-267-600 | SMALLVILLE: Crisis | Warner Bros. Entertainment Inc. |
| 25 | PA 1-267-601 | SMALLVILLE: Legacy | Warner Bros. Entertainment Inc. |
| 26 | PA 1-267-602 | SMALLVILLE: Truth | Warner Bros. Entertainment Inc. |
|   | PA 1-267-603 | SMALLVILLE: Memoria | Warner Bros. Entertainment Inc. |
| 27 | PA 1-267-604 | SMALLVILLE: Talisman | Warner Bros. Entertainment Inc. |
| 28 | PA 1-267-605 | SMALLVILLE: Forsaken | Warner Bros. Entertainment Inc. |

| | | | |
|---|---|---|---|
| 1 | PA 1-267-606 | SMALLVILLE: Covenant | Warner Bros. Entertainment Inc. |
| 2 | PA 1-324-964 | SMALLVILLE: Crusade | Warner Bros. Entertainment Inc. |
| 3 | PA 1-325-010 | SMALLVILLE: Gone | Warner Bros. Entertainment Inc. |
|   | PA 1-325-012 | SMALLVILLE: Façade | Warner Bros. Entertainment Inc. |
| 4 | PA 1-325-011 | SMALLVILLE: Devoted | Warner Bros. Entertainment Inc. |
| 5 | PA 1-325-013 | SMALLVILLE: Run | Warner Bros. Entertainment Inc. |
|   | PA 1-325-014 | SMALLVILLE: Transference | Warner Bros. Entertainment Inc. |
| 6 | PA 1-325-015 | SMALLVILLE: Jinx | Warner Bros. Entertainment Inc. |
| 7 | PA 1-325-016 | SMALLVILLE: Spell | Warner Bros. Entertainment Inc. |
|   | PA 1-346-766 | SMALLVILLE: Bound | Warner Bros. Entertainment Inc. |
| 8 | PA 1-325-018 | SMALLVILLE: Scare | Warner Bros. Entertainment Inc. |
| 9 | PA 1-325-019 | SMALLVILLE: Unsafe | Warner Bros. Entertainment Inc. |
|   | PA 1-325-020 | SMALLVILLE: Pariah | Warner Bros. Entertainment Inc. |
| 10 | PA 1-325-021 | SMALLVILLE: Recruit | Warner Bros. Entertainment Inc. |
| 11 | PA 1-325-022 | SMALLVILLE: Krypto | Warner Bros. Entertainment Inc. |
|   | PA 1-325-023 | SMALLVILLE: Sacred | Warner Bros. Entertainment Inc. |
| 12 | PA 1-325-024 | SMALLVILLE: Lucy | Warner Bros. Entertainment Inc. |
| 13 | PA 1-325-025 | SMALLVILLE: Onyx | Warner Bros. Entertainment Inc. |
|   | PA 1-325-026 | SMALLVILLE: Spirit | Warner Bros. Entertainment Inc. |
| 14 | PA 1-267-455 | SMALLVILLE: Blank | Warner Bros. Entertainment Inc. |
| 15 | PA 1-325-027 | SMALLVILLE: Ageless | Warner Bros. Entertainment Inc. |
|   | PA 1-325-028 | SMALLVILLE: Forever | Warner Bros. Entertainment Inc. |
| 16 | PA 1-325-029 | SMALLVILLE: Commencement | Warner Bros. Entertainment Inc. |
| 17 | PA 1-651-857 | SMALLVILLE: Arrival | Warner Bros. Entertainment Inc. |
|   | PA 1-651-860 | SMALLVILLE: Mortal | Warner Bros. Entertainment Inc. |
| 18 | PA 1-651-861 | SMALLVILLE: Hidden | Warner Bros. Entertainment Inc. |
| 19 | PA 1-651-872 | SMALLVILLE: Aqua | Warner Bros. Entertainment Inc. |
|   | PA 1-651-863 | SMALLVILLE: Thirst | Warner Bros. Entertainment Inc. |
| 20 | PA 1-651-864 | SMALLVILLE: Exposed | Warner Bros. Entertainment Inc. |
| 21 | PA 1-651-867 | SMALLVILLE: Splinter | Warner Bros. Entertainment Inc. |
|   | PA 1-651-870 | SMALLVILLE: Solitude | Warner Bros. Entertainment Inc. |
| 22 | PA 1-651-868 | SMALLVILLE: Lexmas | Warner Bros. Entertainment Inc. |
| 23 | PA 1-651-865 | SMALLVILLE: Fanatic | Warner Bros. Entertainment Inc. |
|   | PA 1-651-858 | SMALLVILLE: Lockdown | Warner Bros. Entertainment Inc. |
| 24 | PA 1-651-847 | SMALLVILLE: Reckoning | Warner Bros. Entertainment Inc. |
| 25 | PA 1-651-849 | SMALLVILLE: Vengeance | Warner Bros. Entertainment Inc. |
|   | PA 1-651-852 | SMALLVILLE: Tomb | Warner Bros. Entertainment Inc. |
| 26 | PA 1-651-844 | SMALLVILLE: Cyborg | Warner Bros. Entertainment Inc. |
| 27 | PA 1-651-855 | SMALLVILLE: Hypnotic | Warner Bros. Entertainment Inc. |
| 28 | PA 1-651-842 | SMALLVILLE: Void | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-651-848 | SMALLVILLE: Fragile | Warner Bros. Entertainment Inc. |
| PA 1-651-853 | SMALLVILLE: Mercy | Warner Bros. Entertainment Inc. |
| PA 1-651-845 | SMALLVILLE: Fade | Warner Bros. Entertainment Inc. |
| PA 1-651-856 | SMALLVILLE: Oracle | Warner Bros. Entertainment Inc. |
| PA 1-651-871 | SMALLVILLE: Vessel | Warner Bros. Entertainment Inc. |
| PA 1-634-173 | SMALLVILLE: Zod | Warner Bros. Entertainment Inc. |
| PA 1-634-172 | SMALLVILLE: Sneeze | Warner Bros. Entertainment Inc. |
| PA 1-634-171 | SMALLVILLE: Wither | Warner Bros. Entertainment Inc. |
| PA 1-634-168 | SMALLVILLE: Arrow | Warner Bros. Entertainment Inc. |
| PA 1-634-164 | SMALLVILLE: Reunion | Warner Bros. Entertainment Inc. |
| PA 1-634-163 | SMALLVILLE: Fallout | Warner Bros. Entertainment Inc. |
| PA 1-634-162 | SMALLVILLE: Rage | Warner Bros. Entertainment Inc. |
| PA 1-634-161 | SMALLVILLE: Static | Warner Bros. Entertainment Inc. |
| PA 1-634-166 | SMALLVILLE: Subterranean | Warner Bros. Entertainment Inc. |
| PA 1-634-160 | SMALLVILLE: Hydro | Warner Bros. Entertainment Inc. |
| PA 1-634-159 | SMALLVILLE: Justice | Warner Bros. Entertainment Inc. |
| PA 1-634-158 | SMALLVILLE: Labyrinth | Warner Bros. Entertainment Inc. |
| PA 1-634-157 | SMALLVILLE: Crimson | Warner Bros. Entertainment Inc. |
| PA 1-634-156 | SMALLVILLE: Trespass | Warner Bros. Entertainment Inc. |
| PA 1-634-155 | SMALLVILLE: Freak | Warner Bros. Entertainment Inc. |
| PA 1-634-154 | SMALLVILLE: Promise | Warner Bros. Entertainment Inc. |
| PA 1-634-153 | SMALLVILLE: Combat | Warner Bros. Entertainment Inc. |
| PA 1-634-152 | SMALLVILLE: Progeny | Warner Bros. Entertainment Inc. |
| PA 1-634-151 | SMALLVILLE: Nemesis | Warner Bros. Entertainment Inc. |
| PA 1-634-149 | SMALLVILLE: Noir | Warner Bros. Entertainment Inc. |
| PA 1-634-150 | SMALLVILLE: Prototype | Warner Bros. Entertainment Inc. |
| PA 1-634-174 | SMALLVILLE: Phantom | Warner Bros. Entertainment Inc. |
| PA 1-653-321 | SMALLVILLE: Bizarro | Warner Bros. Entertainment Inc. |
| PA 1-653-322 | SMALLVILLE: Kara | Warner Bros. Entertainment Inc. |
| PA 1-653-323 | SMALLVILLE: Fierce | Warner Bros. Entertainment Inc. |
| PA 1-653-320 | SMALLVILLE: Cure | Warner Bros. Entertainment Inc. |
| PA 1-653-326 | SMALLVILLE: Action | Warner Bros. Entertainment Inc. |
| PA 1-653-324 | SMALLVILLE: Lara | Warner Bros. Entertainment Inc. |
| PA 1-653-318 | SMALLVILLE: Wrath | Warner Bros. Entertainment Inc. |
| PA 1-653-296 | SMALLVILLE: Blue | Warner Bros. Entertainment Inc. |
| PA 1-653-293 | SMALLVILLE: Gemini | Warner Bros. Entertainment Inc. |
| PA 1-653-287 | SMALLVILLE: Persona | Warner Bros. Entertainment Inc. |
| PA 1-653-314 | SMALLVILLE: Siren | Warner Bros. Entertainment Inc. |
| PA 1-653-313 | SMALLVILLE: Fracture | Warner Bros. Entertainment Inc. |
| PA 1-653-308 | SMALLVILLE: Hero | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-653-328 | SMALLVILLE: Traveler | Warner Bros. Entertainment Inc. |
| PA 1-653-304 | SMALLVILLE: Veritas | Warner Bros. Entertainment Inc. |
| PA 1-653-303 | SMALLVILLE: Descent | Warner Bros. Entertainment Inc. |
| PA 1-611-553 | SMALLVILLE: Sleeper | Warner Bros. Entertainment Inc. |
| PA 1-653-300 | SMALLVILLE: Apocalypse | Warner Bros. Entertainment Inc. |
| PA 1-653-327 | SMALLVILLE: Quest | Warner Bros. Entertainment Inc. |
| PA 1-653-316 | SMALLVILLE: Arctic | Warner Bros. Entertainment Inc. |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | Warner Bros. Entertainment Inc.; CBS Studios Inc. |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | Warner Bros. Entertainment Inc.; CBS Studios Inc. |

| | | | |
|---|---|---|---|
| 1 | PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | Warner Bros. Entertainment Inc. |
| 2 | PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | Warner Bros. Entertainment Inc. |
| 3 | PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | Home Box Office, Inc. |
| | PA 1-666-595 | TRUE BLOOD: Keep This Party Going | Home Box Office, Inc. |
| 4 | PA 1-666-589 | TRUE BLOOD: Scratches | Home Box Office, Inc. |
| 5 | PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | Home Box Office, Inc. |
| | PA 1-666-592 | TRUE BLOOD: Never Let Me Go | Home Box Office, Inc. |
| 6 | PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | Home Box Office, Inc. |
| 7 | PA 1-667-523 | TRUE BLOOD: Release Me | Home Box Office, Inc. |
| | PA 1-666-586 | TRUE BLOOD: Timebomb | Home Box Office, Inc. |
| 8 | PA 1-666-583 | TRUE BLOOD: I Will Rise Up | Home Box Office, Inc. |
| 9 | PA 1-666-596 | TRUE BLOOD: New World in My View | Home Box Office, Inc. |
| | PA 1-663-479 | TRUE BLOOD: Frenzy | Home Box Office, Inc. |
| 10 | PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | Home Box Office, Inc. |
| 11 | PA 1-688-635 | TRUE BLOOD: Bad Blood | Home Box Office, Inc. |
| | PA 1-693-287 | TRUE BLOOD: Beautifully Broken | Home Box Office, Inc. |
| 12 | PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | Home Box Office, Inc. |
| 13 | PA 1-697-287 | TRUE BLOOD: 9 Crimes | Home Box Office, Inc. |
| | PA 1-704-298 | TRUE BLOOD: Trouble | Home Box Office, Inc. |
| 14 | PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | Home Box Office, Inc. |
| 15 | PA 1-699-150 | TRUE BLOOD: Hitting the Ground | Home Box Office, Inc. |
| | PA 1-716-112 | TRUE BLOOD: Night on the Sun | Home Box Office, Inc. |
| 16 | PA 1-716-111 | TRUE BLOOD:: Everything is Broken | Home Box Office, Inc. |
| 17 | PA 1-716-116 | TRUE BLOOD: I Smell a Rat | Home Box Office, Inc. |
| | PA 1-716-110 | TRUE BLOOD: Fresh Blood | Home Box Office, Inc. |
| 18 | PA 1-716-114 | TRUE BLOOD: Evil is Going On | Home Box Office, Inc. |
| 19 | PA 1-747-825 | TRUE BLOOD:: She's Not There | Home Box Office, Inc. |
| | PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | Home Box Office, Inc. |
| 20 | PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | Home Box Office, Inc. |
| 21 | PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | Home Box Office, Inc. |
| | PA 1-795-199 | TRUE BLOOD: ME And The Devil | Home Box Office, Inc. |
| 22 | PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | Home Box Office, Inc. |
| 23 | PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | Home Box Office, Inc. |
| | PA 1-756-538 | TRUE BLOOD: Spellbound | Home Box Office, Inc. |
| 24 | PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | Home Box Office, Inc. |
| 25 | PA 1-756-540 | TRUE BLOOD:: Burning Down The House | Home Box Office, Inc. |
| 26 | PA 1-765-849 | TRUE BLOOD: Soul Of Fire | Home Box Office, Inc. |
| | PA 1-765-827 | TRUE BLOOD: And When I Die | Home Box Office, Inc. |